UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------X

UNITED STATES OF AMERICA    22-CR-00070-DG-SJB

- against -

JIA LIU

Defendant.

---------------X

**SANKET J. BULSARA, U.S.M.J.:**

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE SANKET J. BULSARA

United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

_Adam Amir_ [signature]
Assistant United States Attorney, E.D.N.Y

JIA LIU [signature]
Defendant

Benjamin Z. Yaster [signature]
Attorney for the Defendant

By: **BREON S. PEACE**
**United States Attorney**

Dated: Brooklyn, New York
April 25, 2023

**COURT EXHIBIT**

#1