UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
United States of America

        v.

Jia Liu,
    a/k/a "Jah Leo,"
    a/k/a "Joseph Liu,"
    a/k/a "Johne Leone,"
    a/k/a "Jonah Leona,"

                Defendant.
-------------------------------------------------------------------X

**ORDER**
22-CR-00070 (DG)

DIANE GUJARATI, United States District Judge:

    The Court has reviewed the transcript of the change of plea hearing of Defendant Jia Liu before Magistrate Judge Sanket J. Bulsara on April 25, 2023 and hereby finds that the defendant, understanding his rights and the consequences of his plea of guilty, knowingly and voluntarily entered a plea of guilty to Count One of the Indictment in the above-captioned matter. The Court further finds that there is a factual basis for the plea. The Court hereby accepts the plea of guilty of Defendant Jia Liu.

    SO ORDERED.

                                          */s/ Diane Gujarati*
                                          DIANE GUJARATI
                                          United States District Judge

Dated: May 17, 2023
       Brooklyn, New York